**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Ivelice Martinez-Castro,<br>Plaintiff(s),<br>v.<br>Home Depot U.S.A., Inc., et al.,<br>Defendant(s). | Case No. 2:26-cv-02543-JAD-NJK<br>**ORDER** |

In violation of Local Rule IC 2-2(a)(3)(A), Home Depot filed the declaration in support of removal and exhibits thereto as a single PDF. Docket No. 2. No later than August 28, 2026, Home Depot must file a notice of corrected image that correctly dockets the declaration and exhibits.

IT IS SO ORDERED.

Dated: August 17, 2026

Nancy J. Koppe
United States Magistrate Judge