**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Ivelice Martinez-Castro,<br>Plaintiff(s),<br>v.<br>Home Depot U.S.A., Inc., et al.,<br>Defendant(s). | Case No. 2:26-cv-02543-JAD-NJK<br>**ORDER** |

In light of the additional representations made, Docket No. 10, the Court **DISCHARGES** the order to show cause regarding the applicability of Local Rule IA 11-1(b), Docket No. 5.

IT IS SO ORDERED.

Dated: September 1, 2026

Nancy J. Koppe
United States Magistrate Judge